## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DEMETRIUS FLOWERS *et al.*                                                                            PLAINTIFFS

v.                            NO: 3:08CV00065 JLH

CRIS KASOMEN *et al.*                                                                         DEFENDANTS

### **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of June, 2008.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE